Motion GRANTED. Extension to 10/3/2025. The initial case management conference is reset for 10/20/2025 at 2:30 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **JOHN DOE (JLB),** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00766 |
| | ) | |
| **DAVID B. RAUSCH,** | ) | Judge Trauger |
| Director of the Tennessee Bureau of | ) | |
| Investigation, and **JEFF LONG,** | ) | |
| Commissioner of the Tennessee Department | ) | |
| of Safety, in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AMENDED JOINT MOTION FOR AN EXTENSION OF TIME
TO FILE A RESPONSE TO COMPLAINT**

Plaintiff John Doe (JLB) and Defendants David B. Rausch and Jeff Long respectfully move the Court under Fed. R. Civ. P. 6(b)(1) and Local Rule 6.01(a) for an extension of time of 60 days for Defendants to file their response to the Complaint, which is currently due on August 4, 2025. Plaintiff John Doe (JLB) sues Defendants Rausch and Long in their official capacities. He alleges procedural due process violations related to his requirement to register as a sex offender in Tennessee based on his 1987 conviction for 'child molesting' in the state of Indiana. (D.E. 1, Complaint, PageID# 5.) He also alleges that the Tennessee law requiring a sex-offender notification on his driver license violates the *Ex Post Facto* Clause. (*Id.*)

To properly respond to those allegations, Defendants' counsel need to obtain and examine thirty-seven-year-old criminal statutes from Indiana, a foreign state. Defendants' counsel are in the process of obtaining official copies of the relevant Indiana statutes, and the purpose of this long