IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

Motion GRANTED.

| | |
|---|---|
| JOHN DOE (JLB), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:25-cv-766 |
| ) | |
| CRAIG NORTHCOTT, elected District ) | Judge Trauger |
| Attorney General for Coffee County in ) | |
| Tennessee, and ) | |
| DAVID B. RAUSCH, Director of the ) | |
| Tennessee Bureau of Investigation, in his ) | |
| Official capacity, and ) | |
| JEFF LONG, Commissioner of the ) | |
| Tennessee Department of Safety, in his ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO ADMINISTRATIVELY STAY CASE

Plaintiff and Defendants respectfully move the Court to suspend all deadlines and administratively stay this case. Plaintiff's complaint raises an ex post facto challenge to Tennessee's Sex Offender Registration regime. In similar challenges, this Court and other Middle District of Tennessee courts have noted their consensus view "that a final decision in Case No. 3:21-cv-00590 may be informative" on these issues. *See*, *e.g.*, Order dated October 7, 2024, *John Doe #1 (EDB), et al. v. William B. Lee, et al.*, Case No. 3:24-cv-00266 (M.D. Tenn.). To preserve the Court's limited resources, it has administratively closed these cases "pending a final order in *Does #1-8 v. Rausch, et al.*, Case No. 3:21-cv-00590."

Considering those orders, the parties move to stay this case until 30 days after the final judgment in Case No. 3:21-cv-00590, including any appeal. "[T]he power to stay proceedings is